AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RONALD J. WORTHY,**

       **Petitioner,**

**v.**

       **JUDGMENT IN A CIVIL CASE**

**CASE NO. 2:12-CV-652**
**WARDEN, CHILLICOTHE**    **JUDGE EDMUND A. SARGUS, JR.**
**CORRECTIONAL INSTITUTION,**    **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

       **Respondent.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed August 19, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 19, 2013                   JOHN P. HEHMAN, CLERK

                                        */S/ Andy F. Quisumbing*
                                        (By) Andy F. Quisumbing
                                        Courtroom Deputy Clerk